Robert C. TOUCHSTON, Deborah Shepperd, et al., Plaintiffs–Appellants,

v.

Michael McDERMOTT, in his official capacity as a member of the County Canvassing Board of Volusia County, Ann McFall, in her official capacity as a member of the County Canvassing Board of Volusia County, et al., Defendants–Appellees.

No. 00–15985.

United States Court of Appeals, Eleventh Circuit.

Dec. 9, 2000.

---

**1162**

James Bopp, Jr., Bopp, Coleson & Bostram, Terre Haute, IN, for Robert C. Touchston, Deborah Shepperd and Diana L. Touchston.

Theodore B. Olson, Gibson, Dunn & Crutcher, Washington, DC, for Ned L. Siegel.

Daniel D. Eckert, Volusia County Legal Dept., DeLand, FL, for Michael McDermott and Ann McFall.

Andrew James McMahon, West Palm Beach, FL, for Theresa Lepore and Charles E. Burton.

John W. Little, III, Steel Hector & Davis, West Palm Beach, FL, for Carol Roberts, Katherine Harris and Bob Crawford.

Lee Alan Kraftchick, Miami, FL, for David Leahy, Lawrence King, Jr. and Miriam Lehr.

John Brian Murray, Jr., Steel Hector & Davis, LLP, West Palm Beach, FL, for Clay Roberts.

L. Roland Blossom, Frank B. Gummey, III, Tura Schnebly, Volusia County Legal Dept., DeLand, FL, Leonard Berger, West Palm Beach, FL, Joseph P. Klock, Jr., Christopher Duke, John B.T. Murray, Jr., Steel Hector & Davis, LLP, West Palm Beach, FL, Bruce Rogow, Beverly A. Pohl, Bruce S. Rogow, P.A., Ft. Lauderdale, FL, John H. Fleming, James A. Orr, Allegra J. Lawrence, Carey P. DeDeyn, C. Francis Whitaker, III, Charles B. Jones, III, Sutherland, Asbill & Brennan, LLP, Atlanta, GA, for George W. Bush.

Teresa Wynn Roseborough, Sutherland, Asbill & Brennan, Atlanta GA, for State Attorneys General, Amicus Curiae and Florida Democratic Party, Intervenor.

*ON APPELLANTS' EMERGENCY MOTION FOR INJUNCTION PENDING PETITION FOR CERTIORARI*

Before ANDERSON, Chief Judge, and TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

ORDER:

In order to ensure that the United States Supreme Court has sufficient time to rule on the certiorari petition in this case, the Florida Secretary of State and the Florida Elections Canvassing Commission are enjoined from changing, after the issuance of this order, any previously certified results of the presidential election based upon any manual recounts after the existing certification. Nothing in this order should be construed to prevent, obstruct, or impede the continuation of the manual recounts that are currently being conducted.

This order shall remain in effect until vacated by this Court or the United States Supreme Court, or until the certiorari petition is ruled upon, whichever comes first.